## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | | |
|---|---|---|---|
| David Houle and Becky Houle, et. al., | | ) | **ORDER** |
| | Plaintiffs, | ) | |
| vs. | | ) | |
| Central Power Electric Cooperative, Inc., (CPEC), et. al., | | ) | Case No. 4:09-cv-021 |
| | Defendants. | ) | |
| CPEC vs. Cecil L. Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-055 |
| CPEC vs. Corey J. Hall, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-061 |
| CPEC vs. Vernella Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-073 |
| CPEC vs. Howard Longie, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-076 |
| CPEC vs. Est of Marie M. Jeanotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-077 |
| CPEC vs. Donna M. Anderson, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-078 |
| CPEC vs. Pete Barnett, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-084 |
| CPEC vs. John E. Monette, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-098 |
| CPEC vs. Ophelia Dixon Navarro, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-100 |
| CPEC vs. Kimberly Blackwell, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-101 |
| CPEC vs. Dustin Decoteau, et. al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-004 |
| CPEC vs. Nick K. Wilkie, et. al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-005 |
| CPEC vs. Roland Davis, et. al., | Plaintiff, Defendant. | ) | Case No. 4:12-cv-006 |

A settlement conference will be held before the magistrate judge on December 4, 2012, at

9:00 a.m. at the U.S. Courthouse located in Minot, North Dakota. The parties are not required to submit any settlement statements or other documentation in advance of the conference. However, if they believe that it will be helpful, they may forward any updated appraisal information, deposition transcripts, or other materials in their possession to the undersigned for review prior to the conference. Also the court would find helpful any updated drawings of the proposed easement areas.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2012.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr.
> United States Magistrate Judge