**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | | |
|---|---|---|---|
| David Houle and Becky Houle, et. al., | ) | **ORDER** | |
| Plaintiffs, | ) | | |
| vs. | ) | | |
| Central Power Electric Cooperative, Inc., (CPEC), et. al., | ) | Case No. 4:09-cv-021 | |
| Defendants. | ) | | |
| CPEC vs. Cecil L. Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-055 |
| CPEC vs. Corey J. Hall, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-061 |
| CPEC vs. Vernella Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-073 |
| CPEC vs. Howard Longie, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-076 |
| CPEC vs. Est of Marie M. Jeanotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-077 |
| CPEC vs. Donna M. Anderson, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-078 |
| CPEC vs. Pete Barnett, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-084 |
| CPEC vs. John E. Monette, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-098 |
| CPEC vs. Ophelia Dixon Navarro, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-100 |
| CPEC vs. Kimberly Blackwell, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-101 |
| CPEC vs. Dustin Decoteau, et. al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-004 |
| CPEC vs. Nick K. Wilkie, et. al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-005 |
| CPEC vs. Roland Davis, et. al., | Plaintiff, Defendant. | ) | Case No. 4:12-cv-006 |

On January 22, 2013, the parties filed a Joint Stipulation Staying All Deadlines. They advise

1

the court that the parties have reached an agreement to resolve the above-named cases and ask all deadlines in these cases be stayed pending their submission of the final settlement paperwork. The court **ADOPTS** the parties' stipulation. All pending pretrial deadlines shall be stayed and pending motions shall be held in abeyance until further order of the court. The February 20, 2013, bench trial on the issue of use necessity is canceled. The final pretrial conference and jury trials in Case Nos. 4:09-cv-021, 4:11-cv-055, 4:11-cv-073, 4:11-cv-098, 4:11-cv-076, 4:11-cv-084, and 4:11-cv-101, are also canceled.

Dated this 23rd day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court